UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS MARTINEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, P.O.S JOHN AND JANE DOE #1-10, P.O. ISMET SABOVIC, P.O. JONATHAN MARTINEZ, and P.O. PARIS GIDDINS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/13/2024

23-cv-10545 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by the Magistrate Judge that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 13, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: November 13, 2024
New York, NY

                                  *Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**